DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

WILLIAM JOHN MONTEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2156
_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

William Montez, pro se.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.